# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM CRIDER, | ) | 1:03cv6057 AWI DLB |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION REGARDING |
| Plaintiff, | ) | PETITION FOR FEES |
| | ) | |
| v. | ) | (Document 21) |
| | ) | |
| JO ANNE B. BARNHART, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Petitioner Henry Reynolds ("Counsel"), attorney for Plaintiff William Crider, filed the instant petition for fees on July 26, 2006.

On October 2, 2006, the Magistrate Judge issued Findings and Recommendation that the petition be granted in the net amount of $3,223.00. This Findings and Recommendation was served on all parties and contained notice that any objections to the Report and Recommendation were to be filed within fifteen (15) days of the date of service of the order. Over fifteen (15) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued October 2, 2006, is ADOPTED IN FULL; and

2. The petition for fees is GRANTED. Counsel is entitled to a net award of $3,223.00.

IT IS SO ORDERED.

**Dated:   October 25, 2006**                  **/s/ Anthony W. Ishii**
0m8i78                                          UNITED STATES DISTRICT JUDGE